# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 613 MAL 2021

          Respondent

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

          v.

MATTHEW GARY HAVERLY,

          Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2022, Petitioner's Application to Withdraw as Counsel and for the Appointment of New Counsel is **DENIED**, without prejudice to seek relief before the trial court. The Commonwealth's Application to Withdraw as Counsel is **GRANTED**. The Petition for Allowance of Appeal is **DENIED**.